FLORIDA MOTOR LINES CORPORATION, a Florida corporation, v. EUGENE S. MATTHEWS, W. B. DOUGLAS and JERRY W. CARTER, constituting THE RAILROAD COMMISSION OF THE STATE OF FLORIDA.

29 So. (2nd) 451
July 23, 1946
Rehearing granted September 17, 1946
Former judgment adhered to October 22, 1946

June Term, 1946
Division B

*Milam, McIlvane & Milam,* for petitioner.

*Lewis W. Petteway,* for respondents.

*Lewis H. Hill, Jr.* and *C. Clyde Atkins,* for intervenor, *Stan Stanley.*

PER CURIAM:

Petition for writ of certiorari denied.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.